ACCEPTED
04-15-00087-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/16/2015 3:48:26 PM
KEITH HOTTLE
CLERK

NO. 04-15-00087-CV

IN THE COURT OF APPEALS FOR THE
FOURTH DISTRICT OF TEXAS AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/16/2015 3:48:26 PM
KEITH E. HOTTLE
Clerk

ESTATE OF SHIRLEY L. BENSON

THOMAS MILTON BENSON, JR.,
AS TRUSTEE OF THE
SHIRLEY L. BENSON TESTAMENTARY TRUST,
*Appellant*

v.

RENEE BENSON,
*Appellee*

On Interlocutory Appeal from Probate Court No. 2,
Bexar County, Texas
Cause Nos. 155,172 and 155,172-A

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellee Renee Benson submits this unopposed motion for extension of time to file brief, pursuant to TRAP 10.5(b) and states as follows.

1.      This is an interlocutory appeal from the trial court's "Amended Order Granting Injunction, Suspending Trustee and Appointing Limited Temporary Co-Receivers with Restrictions" signed February 18, 2015. Appellant's Brief was filed March 6, 2015. Several days later Appellant Thomas Milton Benson, Jr. as Trustee

1

removed this case to federal court, automatically divesting this Court of jurisdiction. On March 30, 2015, in light of the removal to federal court, this Court decreed this appeal abated and treated for administrative purposes as a closed case unless and until reinstated upon issuance of a remand order from the federal court.

2. The federal court on June 9, 2015 issued an order granting Renee Benson's motion to remand this case to state court. On June 12 Appellant submitted a letter informing this Court of such remand. Pursuant to Appellant's letter, Appellee's brief would be due 14 days later, on June 26, 2015.

3. Appellee requests an extension to July 10, 2015 of her due date for the filing of Appellee's Brief. This request is due to several factors, including the complexity of the issues, and the workload and schedules of Appellees' counsel.

4. There have been no extensions previously granted Appellee.

5. The undersigned counsel conferred with opposing counsel, David Beck, Esq., concerning this request. Appellant's counsel stated in an email that this request for extension will not be opposed.

WHEREFORE, Appellee Renee Benson respectfully requests that the due date for her Appellee's Brief be extended to July 10, 2015.

Respectfully submitted,

*/s/ Bennett L. Stahl*
Bennett L. Stahl
State Bar No. 19006500
blstahl@csg-law.com
CURL STAHL GEIS
A PROFESSIONAL CORPORATION
One Riverwalk Place
700 North St. Mary's Street, Ste. 1800
San Antonio, Texas 78205
Telephone: (210) 226-2182
Telecopier: (210) 226-1691

Emily Harrison Liljenwall
State Bar No. 12352250
eliljenwall@scs-law.com
SCHOENBAUM, CURPHY
& SCANLAN, P.C.
112 E. Pecan, Suite 3000
San Antonio, Texas 78205
Telephone: (210) 224-4491
Telecopier: (210) 224-7983

Harriet O'Neill
State Bar No. 00000027
honeill@harrietoneilllaw.com
LAW OFFICE OF
HARRIET O'NEILL, P.C.
919 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 944-2222
Telecopier: (512) 476-6441

Douglas W. Alexander
State Bar No. 00992350
dalexander@adjtlaw.com
Amy Warr
State Bar No. 00795708
awarr@adjtlaw.com
ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

Attorneys for Appellee Renee Benson

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that on June 15, 2015, I conferred with David Beck, counsel for Appellant Thomas Milton Benson, Sr., as Trustee of the Shirley L. Benson Testamentary Trust, regarding this motion for extension of time, and he indicated that he does not oppose the relief sought in this motion.

*/s/ Bennett L. Stahl*
Bennett L. Stahl

## CERTIFICATE OF SERVICE

On June 16, 2015, I electronically filed this Brief of Appellee with the Clerk of the Court using the eFile.TXCourts.gov electronic filing system which will send notification of such filing to the following:

David J. Beck, Esq.
Russell Post, Esq.
Troy R. Ford, Esq.
**BECK REDDEN LLP**
1221 McKinney Street, Suite 4500
Houston, Texas  77010-2010
Telecopier:  (713) 951-3720
dbeck@beckredden.com
rpost@beckredden.com
tford@beckredden.com

*/s/ Bennett L. Stahl*
Bennett L. Stahl